USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADMI INC, et. al.,

                Plaintiffs,

                -against-

AUTHENTIC BRANDS GROUP, LLC; et. al.,

                Defendants,

                and

SPORTS HOSPITALITY VENTURES, LLC, et. al.,

                Nominal Defendant.

1:25-cv-7301-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Defendants' letter motion of March 9, 2026 (the "Letter Motion"), which seeks leave to redact certain pleadings before this matter is unsealed under the Court's Order of March 5, 2026.[1] Because the Court finds that the redactions contemplated by the Letter Motion are both "essential to preserve [the] higher value[]" of the protection of confidential, sensitive commercial information, and "narrowly tailored to serve that interest," *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006), the ABG and T+L Defendants' request is GRANTED.

The proposed redactions, submitted to the Court for review in connection with the Letter Motion, are limited to "sensitive business information" that, "if . . . disclosed, . . . could indeed harm [the ABG and T+L Defendants] or advantage [their] competitors." *Kewazinga Corp. v. Microsoft Corp.*, No. 1:18-CV-4500-GHW, 2021 WL 1222122, at *6 (S.D.N.Y. Mar. 31, 2021);

---

[1] The Letter Motion was filed by Defendants Authentic Brands Group, LLC ("ABG"), ABG-SI LLC ("ABGSI"), Jamie Salter, Daniel Dienst, Michael Sherman, Travel + Leisure Co. ("T+L"), Michael D. Brown, Geoff Richards, Development 123 LLC (n/k/a Sports Resort Development LLC), and Travis Crisp (collectively, the "ABG and T+L Defendants").

*see* Letter Motion at 2 ("[T]he ABG and T+L Defendants seek to redact dollar amounts, percentages of ownership interests in the businesses, percentages of revenues, royalty fees, and other performance metrics, and certain strategic, proprietary terms of the Agreement and Amendments.").

Accordingly, it is HEREBY ORDERED that this matter shall be unsealed, with the exception of the following documents: the Complaint, Exhibits 1, 2, 7, and 9A to the Complaint, and Exhibits 1 and 5 to Plaintiffs' Motion for a Preliminary Injunction.  It is FURTHER ORDERED that the ABG and T+L Defendants shall immediately thereafter file the redacted copies of the Complaint, Exhibits 1, 2, 7, and 9A to the Complaint, and Exhibits 1 and 5 to Plaintiffs' Motion for a Preliminary Injunction on the public docket.

**SO ORDERED.**

**Date:  March 10, 2026**
        **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**