USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADMITNC, et. al.,

                    Plaintiffs,

-against-

AUTHENTIC BRANDS GROUP, LLC; et. al.,                    1:25-cv-7301-MKV

                    Defendants,                          **ORDER**

and

SPORTS HOSPITALITY VENTURES, LLC, et. al.,

                    Nominal Defendant.

---

MARY KAY VYSKOCIL, United States District Judge:

Upon the submission of Plaintiffs' status letter dated September 16, 2025, advising the

Court that service of process upon the defendants is currently underway pursuant to Federal Rule

of Civil Procedure 4, and that a RICO Case Statement has been submitted under seal;

**IT IS HEREBY ORDERED:**

1. This action shall remain under seal until further order of the Court;

2. Plaintiffs shall promptly file proofs of service under seal upon completion of service on all defendants, or sooner if so directed by the Court;

3. Plaintiff shall provide to chambers, via email, a courtesy copy of any document filed under seal; and

4. Plaintiff shall advise the Court, via letter filed under seal with a courtesy copy sent to chambers, when service is completed.

**SO ORDERED.**

**Date: September 25, 2025**                    _____
**New York, NY**                               **MARY KAY VYSKOCIL**
                                               **United States District Judge**