USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADMITNC, et. al.,

               Plaintiffs,

            -against-

AUTHENTIC BRANDS GROUP, LLC; et. al.,

               Defendants,

            and

SPORTS HOSPITALITY VENTURES, LLC, et. al.,

               Nominal Defendant.

1:25-cv-7301-MKV

**ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Plaintiffs' Pre-Motion Letter Requesting Leave to File Motions to Compel Turnover of Client Files, dated January 9, 2026, and the responsive letters submitted by Defendants Dorsey & Whitney LLP and Kituwah LLC, both dated January 14, 2026. Plaintiffs' request is DENIED without prejudice to renewal once Plaintiffs have effectuated service upon all Defendants, the time to respond to the Complaint has run, and the Parties have conducted a Rule 26(f) conference and exchanged initial disclosures.

**SO ORDERED.**

Date:  January 15, 2026
       New York, NY

MARY KAY VYSKOCIL
United States District Judge