UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ADMI, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 25-cv-7301-MKV<br>Hon. Mary Kay Vyskocil |
| AUTHENTIC BRAND GROUP, LLC, et al., | ) ) | |
| Defendants. | ) ) ) ) | |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion for Jenna L. Romanowski's admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the District of Columbia; and that her contact information is as follows:

Jenna L. Romanowski

Williams & Connolly LLP

680 Maine Ave SW

Washington, DC 20024

(202) 434-5696

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Dorsey & Whitney LLP in the above entitled action;

**IT IS HEREBY ORDERED** that Jenna L. Romanowski is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of

New York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing the discipline of attorneys.

Dated: _____3/6/2026_____

Mary Kay Vyskocil

United States District Judge

2