**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADMI, INC., by its CEO and Trustee, Michael F. Ghiselli, suing derivatively as shareholders of SPORTS HOSPITALITY VENTURES, LLC, ADMI and SIR INC., asserting their individual and direct claims; EXPERIENTIAL VENTURES HOSPITALITY, LLC, suing derivatively as the real party in interest by Kent Purdy; EXPERIENTIAL HOSPITALITY HOLDINGS, LLC, suing derivatively as the real party in interest by Christopher Schroeder;<br><br>and<br><br>CHRISTOPHER SCHROEDER, MARK KORROS, KENT PURDY, and WILLIAM KILLIAN, for their individual and direct claim,<br><br>Plaintiffs,<br><br>vs.<br><br>AUTHENTIC BRANDS GROUP, LLC; ABG-SI LLC; JAMIE SALTER; DANIEL DIENST; MICHAEL SHERMAN; TRAVEL + LEISURE CO.; MICHAEL D. BROWN; GEOFF RICHARDS; DEVELOPMENT 123 LLC, now known as SPORTS RESORT DEVELOPMENT LLC; TRAVIS CRISP; SAMUEL OWL; KITUWAH, LLC; DORSEY & WHITNEY LLP; MICHELL HICKS, in his individual capacity; and DOES 1-5 and ROES 1-5,<br><br>Defendants,<br><br>and<br><br>SPORTS HOSPITALITY VENTURES, LLC<br><br>Nominal Defendants.<br><br>and<br><br>EASTERN BAND OF CHEROKEE INDIANS,<br><br>Necessary Party. | Civil Case No.: 1:25-cv-7301-MKV |

# CERTIFICATE OF SERVICE

I, Matthew M. Caminiti, Esq., certify that on May 28, 2026, I caused a copy of Defendant Principal Chief Michell Hicks' ("Chief Hicks") Memorandum of Law in Support of Motion for Sanctions (ECF No. 145), the Declaration of Eric A. Boden (ECF No. 145-1), and Exhibit A to the Declaration of Eric Boden (ECF No. 145-2), each of which documents were filed with the Court under seal, to be served upon counsel for Plaintiffs – Douglas Dollinger, Esq. and Lawrence Lonergan, Esq. – via e-mail at the addresses listed on the Service List below.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2026

*/s/ Matthew M. Caminiti*
Matthew M. Caminiti

**SERVICE LIST**

Douglas R. Dollinger, Esq.
**Douglas R. Dollinger P.C. & Associates**
570 County Route 49
Middletown, NY 10940
E: ddollingeresq@gmail.com
E: legaldept@admiinc.com

Lawrence Lonergan, Esq.
**Woods Lonergan PLLC**
60 East 42nd Street, Suite 1410
New York, NY 10165
E: llonergan@wlesq.com