USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADMI INC, et. al.,

Plaintiffs,

-against-

AUTHENTIC BRANDS GROUP, LLC; et. al.,

Defendants,

and

SPORTS HOSPITALITY VENTURES, LLC, et. al.,

Nominal Defendant.

1:25-cv-7301-MKV

**ORDER TO SHOW CAUSE**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of four motions seeking sanctions against Plaintiffs and their counsel. [ECF Nos. 141, 144, 147, 150]. Accordingly, it is HEREBY ORDERED that, on or before June 15, 2026, Plaintiffs' counsel shall show cause, in writing, why such sanctions should not be imposed. Any replies shall be filed by June 22, 2026.

**The Parties and all counsel, and in particular Plaintiffs' counsel, are on notice that failure to comply with Court Orders, the Federal Rules of Civil Procedure, the Local Rules, or this Court's Individual Rules of Practice in Civil Cases may result in sanctions, including monetary sanctions on counsel and/or the Parties; preclusion of claims, defenses, evidence, and motion practice; and dispositive, case-terminating sanctions.**

**SO ORDERED.**

**Date: June 1, 2026**
**New York, NY**

Mary Kay Vyskocil
**MARY KAY VYSKOCIL**
**United States District Judge**