**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ADMI, INC., et al.,

Plaintiffs,

v.

AUTHENTIC BRANDS GROUP LLC, et al.,

Defendants,

and

SPORTS HOSPITALITY VENTURES, LLC, et al.,

Nominal Defendant.

Case No. 25-cv-7301 (MKV)

**DECLARATION OF SERVICE**

I, Erin Galliher, an attorney at Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C., duly admitted to practice in the United States District Court for the Southern District of New York, hereby declare under penalty of perjury that on May 28, 2026, I caused a copy of Defendants Authentic Brands Group LLC, ABG-SI LLC, Jamie Salter, Daniel Dienst, Michael Sherman, Travel + Leisure Co., Development 123 LLC, Michael D. Brown, Geoff Richards, and Travis Crisp's Memorandum of Law in Support of Motion for Sanctions (Dkt. No. 153), which was filed with the Court under seal, to be served upon all counsel of record via email.

Executed on June 2, 2026
New York, NY

*/s/ Erin E. Galliher*
Erin E. Galliher