**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ADMI INC., *et al.*,

*Plaintiffs*,

v.

AUTHENTIC BRANDS GROUP, LLC, *et al.*,

*Defendants*,

and

SPORTS HOSPITALITY VENTURES, LLC,

*Nominal Defendant*.

No. 25 Civ. 7301 (MKV)

**CERTIFICATE OF SERVICE**

I, Ellen V. Holloman, Esq., hereby certify that on May 28, 2026, I caused a copy of Defendants Kituwah LLC's and Samuel T. Owl, Jr.'s Memorandum of Law in Support of Motion for Sanctions (ECF 148), which was filed with the Court under seal, to be served upon all counsel of record via e-mail.

Dated: June 2, 2026
New York, New York

*/s/ Ellen V. Holloman*
Ellen V. Holloman