UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADMI INC., *et al.*,

*Plaintiffs*,

v.

AUTHENTIC BRANDS GROUP, LLC, *et al.*,

*Defendants*,

and

SPORTS HOSPITALITY VENTURES, LLC,

*Nominal Defendant*.

Case No. 25-cv-7301 (MKV)

**CERTIFICATE OF SERVICE**

I, William Burke, hereby certify that on May 28, 2026, I caused a copy of Defendant Dorsey's Memorandum of Law in Support of Motion for Sanctions (ECF 141), which was filed with the Court under seal, to be served upon all counsel of record via e-mail.

Dated: June 2, 2026

*/s/ William Burke*
William Burke