*Law Office of*
*Douglas R. Dollinger, P.C.*
*& Associates, Counselors at Law*

Telephone
845.741.9363

Affiliated Offices

San Francisco, California
New York City, New York

Admitted to Both
State and Federal Practice

570 County Route 49
Middletown New York 10940
ddollingeresq@gmail.com

June 4, 2026

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: A*DMI Inc., et al. v. Authentic Brands Group LLC*, et al., No. 1:25-cv-07301-MKV

Your Honor:

Plaintiffs respectfully request that the Court defer any determination concerning redaction, sealing, or public dissemination of the challenged May 7, 2026, transcript excerpts until briefing on the pending sanctions motions and the Court's June 1, 2026, Order to Show Cause has been completed.

The pending sanctions proceedings concern, among other things, the nature of the citation issues referenced during the May 7 conference, and Defendants have relied extensively upon selected portions of the transcript in support of requests for dismissal, sanctions, fee shifting, and other relief. Plaintiffs are presently preparing responses addressing the challenged citations, the underlying authorities, the nature of the citation oversights, the procedural history, and the corrective amendment process that followed. Those submissions will directly bear upon the factual and procedural context of the statements reflected in the transcript, and any determination concerning the challenged excerpts should await the full record.

The current transcript restriction is not scheduled to expire until August 12, 2026, leaving sufficient time for the parties to complete briefing on the pending sanctions motions and the Order to Show Cause before any redaction or sealing determination is required. Deferring consideration until the sanctions record has been fully developed will not prejudice any party.

Plaintiffs do not seek to delay or avoid adjudication of the sanctions issues; they are actively preparing their responses in accordance with the Court's Order to Show Cause. The

more orderly course is to allow the sanctions record to be fully developed before the Court rules on the treatment of the challenged transcript excerpts.

Respectfully submitted,

*Douglas R. Dollinger, Esq.*
Douglas R. Dollinger, Esq.
ECF All Counsel.