**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

ADMI INC., and SIR INC., by their CEO and Trustee, Michael F. Ghiselli, suing derivatively as shareholders of SPORTS HOSPITALITY VENTURES, LLC, and asserting their individual and direct claims;

EXPERIENTIAL VENTURES HOSPITALITY, LLC, suing derivatively as the real party in interest by Kent Purdy;

EXPERIENTIAL HOSPITALITY HOLDINGS, LLC, suing derivatively as the real party in interest by Christopher Schroeder;

and

CHRISTOPHER SCHROEDER, MARK KORROS, KENT PURDY, and WILLIAM KILLIAN, for their individual and direct claim,

Plaintiffs,

vs.

AUTHENTIC BRANDS GROUP, LLC; ABG-SI LLC; JAMIE SALTER; DANIEL DIENST; MICHAEL SHERMAN; TRAVEL + LEISURE CO.; MICHAEL D. BROWN; GEOFF RICHARDS; DEVELOPMENT 123 LLC, now known as SPORTS RESORT DEVELOPMENT LLC; TRAVIS CRISP; SAMUEL OWL; KITUWAH, LLC; DORSEY & WHITNEY LLP; MICHELL HICKS, in his individual capacity; and DOES 1-5 and ROES 1-5,

Defendants,

and

SPORTS HOSPITALITY VENTURES, LLC

Nominal Defendant.

CASE NO. 1:25-CV-7301-MKV

**NOTICE OF APPEARANCE**

**TO: THE CLERK OF THE COURT AND ALL INTERESTED PARTIES**

**PLEASE TAKE NOTICE** that William M. McSwain, Esq. of Duane Morris LLP, an attorney duly admitted *pro hac vice* to practice in the United States District Court for the Southern District of New York in the above-captioned case, hereby appears on behalf of Defendant Principal Chief Michell Hicks, as an attorney of record and attorney to be noticed. It is respectfully requested that all papers and pleadings in this action, other than process, be served upon counsel of record.

Dated: June 5, 2026

By: */s/ William M. McSwain*

William M. McSwain (admitted *pro hac vice)*
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1166
wmmcswain@duanemorris.com