USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/8/2026

Law Office of
Douglas R. Dollinger, P.C.
& Associates, Counselors at Law

Admitted to Both
State and Federal Practice

Telephone
845.741.9363

Affiliated Offices

San Francisco, California
New York City, New York

570 County Route 49
Middletown New York 10940
ddollingeresq@gmail.com

June 8, 2026

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *ADMI Inc., et al. v. Authentic Brands Group LLC*, et al., No. 1:25-cv-07301-MKV

Your Honor:

Plaintiffs respectfully request a modest enlargement of the page limitation applicable to their response to Defendants' June 4, 2026 letters seeking to hold Defendants' obligation to respond to the First Amended Complaint in abeyance pending resolution of the sanctions motions.

Under the Court's Individual Rules, Plaintiffs understand that a response letter is ordinarily limited to three pages. Plaintiffs respectfully request leave to submit a response of no more than five pages.

Good cause exists for the requested enlargement. Four separate groups of Defendants submitted separate letters raising overlapping procedural and substantive arguments concerning the same requested relief. Requiring Plaintiffs to respond separately to each submission would result in multiple filings containing substantially repetitive discussion of the same issues and would unnecessarily increase both the number of filings and the total number of pages presented to the Court. A single consolidated response of up to five pages would allow Plaintiffs to address the common issues efficiently, avoid duplication, and reduce the burden on both the Court and the parties.

This request is made solely for purposes of efficiency and judicial economy and is not intended to expand the issues presented.

Plaintiffs therefore respectfully request leave to file a consolidated response letter not exceeding five pages.

Respectfully submitted,
*Douglas R. Dollinger, Esq.*
Douglas R. Dollinger, Esq.
Counsel for Plaintiffs
ECF/ All counsel email

The request is DENIED. The Court will not entertain further argument concerning the pending pre-motion letters, [ECF Nos. 159-162], until after the pending motions for sanctions, [ECF Nos. 141, 144, 147, 150], have been fully briefed and decided. *See* [ECF No. 155].

Date: 6/8/2026
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge