**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADMI INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>AUTHENTIC BRANDS GROUP, LLC, et al.,<br><br>*Defendants*,<br><br>and<br><br>SPORTS HOSPITALITY VENTURES, LLC,<br><br>*Nominal Defendant*. | No. 25 Civ. 7301 (MKV) |

**MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that I, Christopher K. Connolly, hereby move this Court, pursuant to Local Civil Rule 1.4, to withdraw as counsel for Defendants Kituwah LLC and Samuel Owl. I further request that the Clerk of the Court remove my name from the ECF filing notification list for this matter.

In support of this motion, I state as follows:

1. After September 4, 2026, I will no longer be affiliated with Kaplan Martin LLP.

2. Kaplan Martin LLP will continue to represent Defendants Kituwah LLC and Samuel Owl and will continue as attorneys of record for them after the undersigned counsel's withdrawal.

3. My withdrawal will not affect any current deadlines or cause any delay in this action.

4. I am not asserting a retaining or charging lien.

5. A copy of this motion has been served on Defendants Kituwah LLC and Samuel

Owl by email and on all counsel of record via the Court's CM/ECF system.

Dated: September 4, 2026
New York, New York

Respectfully submitted,

*/s/ Christopher K. Connolly*

Christopher K. Connolly
KAPLAN MARTIN LLP
1133 Avenue of the Americas | Suite 1500
New York, New York 10036
Telephone: (212) 316-9500
cconnolly@kaplanmartin.com

*Counsel for Defendants Kituwah LLC and Samuel Owl*

**CERTIFICATE OF SERVICE**

I, Christopher K. Connolly, hereby certify that the foregoing Motion to Withdraw as Counsel was served by email on Defendants Kituwah LLC and Samuel Owl and on all counsel of record via this Court's CM/ECF system on September 4, 2026.

*/s/ Christopher K. Connolly*
Christopher K. Connolly