**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADMI, INC., et al.,<br>Plaintiffs,<br><br>v.<br><br>AUTHENTIC BRANDS GROUP LLC, et al.,<br>Defendants,<br><br>and<br><br>SPORTS HOSPITALITY VENTURES, LLC, et al.<br><br>Nominal Defendant. | Case No. 25-cv-7301 (MKV) |

**MOTION TO WITHDRAW APPEARANCE**

**PLEASE TAKE NOTICE** that pursuant to Rule 1.4 of the Joint Local Rules of the United States District Court for the Southern and Eastern Districts of New York, the undersigned hereby moves this Court to enter an order withdrawing the appearance of Tobin J. Romero as an attorney of record for Defendant Dorsey & Whitney LLP ("Dorsey") in the above-captioned case.

Dorsey continues to be represented by all other Williams & Connolly LLP attorneys of record identified on the CM/ECF docket.

Dated: September 21, 2026

**WILLIAMS & CONNOLLY LLP**

By: */s/ William T. Burke*

John K. Villa (*pro hac vice*)
William T. Burke (*pro hac vice*)
Jenna Romanowski (*pro hac vice*)
680 Maine Ave. SW

Washington, DC 20024
Tel: (202) 434-5000
jvilla@wc.com
wburke@wc.com
jromanowski@wc.com

*Counsel for Dorsey & Whitney LLP*

**CERTIFICATE OF SERVICE**

Pursuant to Rule 1.4 of the Joint Local Rules of the United States District Court for the Southern and Eastern Districts of New York, the undersigned hereby affirms that the foregoing Notice of Motion to Withdraw Appearance was served on Dorsey & Whitney LLP via email and on all counsel of record via CM/ECF.

Dated: September 21, 2026

**WILLIAMS & CONNOLLY LLP**

By: */s/ William T. Burke* _______

John K. Villa (*pro hac vice*)
William T. Burke (*pro hac vice*)
Jenna Romanowski (*pro hac vice*)

680 Maine Ave. SW
Washington, DC 20024
Tel: (202) 434-5000
jvilla@wc.com
wburke@wc.com
jromanowski@wc.com

*Counsel for Dorsey & Whitney LLP*