SWEETNAM
SCHUSTER & SCHWARTZ

200 Vesey Street
Brookfield Place
24th Floor
New York, New York 10281

H. Lawrence Stierhoff
(646) 952-8600
lstierhoff@sweetnamlaw.com

September 22, 2026

**VIA ECF**
The Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *ADMI Inc., et al. v. Authentic Brands Group, LLC, et al.* (No. 1:25-cv-7301)

Dear Judge Vyskocil:

This firm, on behalf of Plaintiff William Killian, writes to request that the Court issue an order directing the Clerk of the Court to add Mr. Killian as a plaintiff in the Court's CM/ECF system.

Mr. Killian is a named plaintiff in the above-captioned action, in both the original Verified Shareholders' Derivative Complaint dated August 19, 2025, the unsealed version of which is filed at ECF No. 56 (the "Complaint") and the First Amended Shareholders Derivative Complaint, which was filed under seal on May 21, 2026, at ECF No. 139 (the "Amended Complaint").[1] However, Mr. Killian is not listed as a plaintiff on the electronic docket in this matter.

My understanding is that a court order is required to correct this docketing error. I therefore respectfully request that the Court direct the Clerk of the Court to add Mr. Killian as a plaintiff in the above-captioned matter. Following that, my firm will then file additional notices of appearance so that we may be electronically entered as counsel of record for Mr. Killian.

Respectfully submitted,

*/s/ H. Lawrence Stierhoff*

H. Lawrence Stierhoff

cc: All Counsel of Record (via ECF)

---

[1] *See, e.g.*, Amended Complaint (cover page, listing, *inter alia*, "WILLIAM KILLIAN, for their individual and direct claims," as one of the "**Plaintiffs**[]"); *id.* at 1 (listing "William Killian" as one of "the 'Individual Plaintiffs'[]"); Complaint (cover page, listing, *inter alia*, "WILLIAM KILLIAN, for their individual and direct claims" as one of the "**Plaintiffs**[]"); *id.* at 1 (listing "William Killian" as one of "the 'Individual Plaintiffs'[]").