*Law Office of*
*Douglas R. Dollinger, P.C.*
*& Associates, Counselors at Law*

Admitted to Both
State and Federal Practice

Telephone
845.741.9363

Affiliated Offices
San Fransico California
New York City New York

570 County Route 49
Middletown New York 10940
ddollingeresq@gmail.com

September 23, 2026

**BY ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *ADMI Inc., et al. v. Authentic Brands Group, LLC, et al.,* No. 25-cv-7301 (MKV)
Letter Motion for Leave to File Motion Papers Under Seal

Your Honor:

Plaintiffs ADMI Inc. and SIR Inc., together with undersigned counsel, respectfully request leave to file under seal, on a temporary and precautionary basis, their motion supporting memorandum of law, the Declarations of Douglas R. Dollinger, Michael and any accompanying exhibits. This request is made pursuant to Rule 9.B of Your Honor's Individual Rules of Practice in Civil Cases, Standing Order 19-MC-00583, and Section 6 of the Court's Electronic Case Filing Rules and Instructions.

The proposed papers extensively quote and discuss the May 7, 2026 conference transcript (ECF No. 135), as to which Plaintiffs filed a redaction request (ECF No. 137), and address allegations and materials appearing in the First Amended Complaint and other submissions that were filed under seal, including ECF Nos. 139–140, 142–143, 145–148, 152–153, and 167. The papers also discuss disputed, conflicts, privilege, and cross-forum matters whose treatment remains unresolved. Temporary sealing will preserve the existing confidentiality of those materials while permitting the Court to determine, before public disclosure, whether any portion should remain sealed or instead be filed publicly or in redacted form.

Movants do not request permanent blanket sealing. The request is limited to maintaining the status quo while the Court reviews the papers and determines the appropriate treatment of the transcript references and related materials. If the Court concludes that full sealing is unnecessary, Movants respectfully request leave to file promptly a public version with only such narrowly tailored redactions as the Court permits. The proposed sealed papers are being filed contemporaneously and electronically related to this letter motion in accordance with Individual Rule 9.B and Section 6 of the ECF Rules.

Accordingly, Movants respectfully request permission to file the proposed motion papers temporarily under seal, subject to further direction from the Court.

Respectfully submitted,

*Douglas R. Dollinger, Esq.*

Douglas R. Dollinger, Esq.
Law Office of Douglas R. Dollinger, P.C.
Counsel for Plaintiffs ADMI Inc. and SIR Inc.

A counsel email Service.