**Matthew M. Karlan**
+1.212.692.8157
MKarlan@mintz.com

MINTZ

919 Third Avenue
New York, NY 10022
212 935 3000
mintz.com

September 25, 2026

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *ADMI Inc., et al. v. Authentic Brand Groups LLC, et al.*, Case No. 25-cv-07301**

Dear Judge Vyskocil:

We represent the ABG and T+L Defendants in the above-referenced action. In advance of the upcoming October 7 sanctions hearing, we write with one request and one clarification.

First, we note that the transcript of the May 7, 2026 conference is not yet publicly available on PACER. The ABG and T+L Defendants respectfully submit that, consistent with the presumption in favor of public access, the transcript should be unsealed (to the extent it is currently sealed) and made publicly available online. *See, e.g.*, *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120, 124 (2d Cir. 2006); *Hartford Courant Co. v. Pellegrino*, 380 F.3d 83, 93 (2d Cir. 2004). The transcript reflects exchanges made in open court and, so far as we are aware, no party has made any showing that it contains sensitive confidential information or information subject to redaction under Rule 5.2(a). Similarly, we see no reason why the sanctions motion papers need remain under seal pending the upcoming public hearing. *See* Dkt. No. 177 ("[T]he ABG and T+L Defendants remain happy for all of their briefing on the instant motions to be unsealed.").

Second, relatedly, Mr. Dollinger has asserted in post-briefing correspondence that a quotation from the May 7 transcript that is included in the ABG and T+L Defendants' Memorandum of Law in Support of Motion for Sanctions, dated May 28, 2026, requires clarification. Specifically, pages 2 and 10 of that brief quote a statement made by the Court during the May 7 conference. Mr. Dollinger has taken the position that the sanctions brief could be read to attribute this quotation to Plaintiffs' counsel, Mr. Dollinger, rather than the Court. While we are confident that the Court and the parties are fully aware of the transcript's contents, for the avoidance of doubt, the quoted statement was made by the Court. *See* May 7, 2026 Tr. 5:12-21.

Respectfully submitted,

/s/ *Matthew M. Karlan*

Matthew M. Karlan

Cc: All Counsel of Record (via ECF)