**Matthew M. Karlan**
+1.212.692.8157
MKarlan@mintz.com

MINTZ

919 Third Avenue
New York, NY 10022
212 935 3000
mintz.com

September 29, 2026

**BY ECF**

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street New York, New York 10007

Re: *ADMI et al. v. ABG et al.*, Civil Action No. 25-cv-7301 (MKV)
Motion for Leave to File Opposition Brief Under Seal

Dear Judge Vyskocil:

On behalf of the ABG and T+L Defendants[1] in the above-referenced matter, we write jointly with all Defendants to request that this Court allow them to file their Memorandum in Opposition to Plaintiffs' Motion to Disqualify (the "Opposition") under seal.

As with prior submissions, Defendants ask to file this memorandum under seal solely based on Plaintiffs' stated intention to seek redaction of the May 7, 2026 hearing transcript cited therein.

As stated in our recent letter (Dkt. No. 215), the ABG and T+L Defendants request that the May 7 transcript be unsealed (to the extent it is currently under seal) and made publicly available. We likewise believe that the amended complaint (Dkt. No. 139) should be unsealed, consistent with the Court's prior orders unsealing the case (Dkt. Nos. 33, 103). Doing so should obviate any need to maintain the sanctions briefing, and now the parties' briefing regarding disqualification, under seal.

Respectfully submitted,

*/s/ Matthew M. Karlan*
Matthew M. Karlan

Cc: All counsel of record

---

[1] Defendants Authentic Brands Group, LLC ("ABG"), ABG-SI LLC ("ABG-SI"), Jamie Salter, Daniel Dienst, Michael Sherman, Travel + Leisure Co. ("T+L"), Michael D. Brown, Geoff Richards, Development 123 LLC (n/k/a Sports Resort Development LLC), and Travis Crisp (collectively, "ABG and T+L Defendants").