USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADMI INC., et al.,

Plaintiff,

-against-

AUTHENTIC BRANDS GROUP, LLC, et al.

Defendants.

and

SPORTS HOSPITALITY VENTURES, LLC, et al.,

Nominal Defendant.

1:25-cv-7301-MKV

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On July 7, 2026, this Court ordered all Parties and counsel to appear before the Court on October 7, 2026, at which time Plaintiffs, their attorney Douglas R. Dollinger, and Plaintiffs' other counsel were ordered to show cause why sanctions should not be imposed. [ECF No. 193].

Following that Order, Mr. Dollinger filed several additional motions. On August 17, 2026, Mr. Dollinger filed a letter motion requesting a pre-motion conference and "leave to move for the limited appointment of a neutral Special Master pursuant to Federal Rule of Civil Procedure 53 to conduct an evidentiary inquiry concerning whether Sweetnam Schuster & Schwartz LLC ('Sweetnam') may represent or otherwise participate on behalf of certain Plaintiffs in this action," purportedly to address "a discrete attorney-client conflict issue." [ECF No. 202 at 1]. Counsel from Sweetnam for Plaintiffs Experiential Ventures Hospitality, LLC ("EVH"), Experiential Hospitality Holdings, LLC ("EHH"), Christopher Schroeder, Mark Korros, Kent Purdy, and William Killian (collectively "Experiential Plaintiffs") filed a letter response, [ECF No. 203], as did Defendants' Counsel, [ECF No. 204]. Mr. Dollinger thereafter filed a letter motion requesting "that the Court determine their pending application for appointment of a limited Special Master,"

[ECF No. 205], which Experiential Plaintiffs' Counsel and Defendants' Counsel also filed responses to. [ECF Nos. 206, 207].

Mr. Dollinger, on behalf of Plaintiffs ADMI Inc. and SIR Inc., then filed a Motion for Disqualification of this Court, [ECF No. 214], and an accompanying letter motion for leave to file the motion papers under seal, [ECF No. 213]. Counsel for Defendants thereafter filed a letter motion in response to the motion to seal, [ECF No. 215], an Opposition to the Motion for Disqualification, [ECF No. 217], and related exhibits, [ECF No. 218]. This Court has taken those motions under consideration.

Since then, Plaintiffs Kent Purdy, Mark Korros, William Killian, and Christopher Schroeder voluntarily dismissed their claims against all Defendants without prejudice. [ECF No. 219]. Experiential Plaintiffs' Counsel also filed a letter withdrawing EVH's First Amended Complaint, advising the Court that EHH will move to dismiss its action without prejudice, and urging this Court not to award sanctions against the Experiential Plaintiffs. [ECF No. 222].

Following those developments, Mr. Dollinger filed yet another letter on the docket purporting to be a response regarding the motion to seal. [ECF No. 223].

The Court is well aware of the urgency of these matters and will seek to resolve them expeditiously. However, it cannot rule on Defendants' motions for sanctions without first ruling on the pending Motion for Disqualification, [ECF No. 214].

ACCORDINGLY, it is hereby ORDERED that Mr. Dollinger's letter motion requesting a conference, [ECF No. 202], and follow-on letter requesting a determination, [ECF No. 205], are HELD IN ABEYANCE pending resolution of Plaintiffs' ADMI Inc. and SIR Inc. motion to disqualify this Court, [ECF No. 214].

It is FURTHER ORDERED that the October 7, 2026 show cause hearing is ADJOURNED *sine die* pending resolution of the disqualification motion.

It is FURTHER ORDERED that Defendants or their Counsel shall file a letter response by October 2, 2026 at 5:00 pm ET, to address the impact, if any, of certain Plaintiffs' Notice of Voluntary Dismissal [ECF No. 219] and Experiential Plaintiffs' letter [ECF No. 222] on this Court's resolution of Defendants' pending sanctions motions.

This Court will seek to resolve the letter motion to seal, [ECF No. 213], as soon as is practicable.

**The Parties and all counsel are on notice that failure to comply with Court Orders, the Federal Rules of Civil Procedure, the Local Rules, this Court's Individual Rules of Practice in Civil Cases, or any applicable rules governing professional ethics or conduct may result in sanctions, including monetary sanctions on counsel and/or the Parties; preclusion of claims, defenses, evidence, and motion practice; and dispositive, case-terminating sanctions.**

**SO ORDERED.**

**Date: September 30, 2026**
**New York, NY**

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge