SWEETNAM
SCHUSTER & SCHWARTZ

200 Vesey Street
Brookfield Place
24th Floor
New York, New York 10281

H. Lawrence Stierhoff
(646) 952-8600
lstierhoff@sweetnamlaw.com

October 7, 2026

**VIA ECF**
The Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *ADMI Inc., et al. v. Authentic Brands Group, LLC, et al.* (No. 1:25-cv-7301)

Dear Judge Vyskocil:

On behalf of Plaintiffs Experiential Ventures Hospitality, LLC ("EVH") and Experiential Hospitality Holdings, LLC ("EHH") and former plaintiffs Christopher Schroeder, Mark Korros, and William Killian (the "Former Plaintiffs"), I write to request that this Court (1) approve the redactions to the October 7, 20206, letter submitted by me on their behalf (the "Letter") and (2) permit them to file Exhibit A to that Letter under seal ("Exhibit A").

EHH, EVH, and the Former Plaintiffs request approval of redactions to the Letter solely based on the stated intention of Douglas Dollinger and Plaintiffs ADMI, Inc. ("ADMI") and SIR, Inc. to seek redaction of the May 7, 2026, hearing transcript ("Transcript") quoted in the Letter. As stated in my September 30, 2026, letter EHH, EVH, and the Former Plaintiffs have withdrawn their support for the motion to redact the Transcript and request that it be unsealed and be made publicly available.

Exhibit A is the non-public version of EVH's First Amended Verified Counterclaim in *Kituwah, LLC v. Schroeder, et al.*, C.A. No. 2024-1270-LWW (Del. Ch.) (the "Delaware Action"), currently pending in the Court of Chancery of the State of Delaware. The publicly available version of that First Amended Verified Counterclaim is filed as Exhibit B to the Letter ("Exhibit B").

EHH, EVH, and the Former Plaintiffs ask to file Exhibit A under seal because it is a "Confidential Filing" under Delaware Chancery Court Rule 5.1(c) and remains non-public in the Delaware Action (other than in the form reflected in Exhibit B to the Letter). Additionally, ADMI and Defendants Kituwah, LLC, ABG-SI, LLC, are parties to the January 25, 2023, Asset Purchase and Contribution Agreement (the "Contribution Agreement), between those parties, EHH, EVH, and Sports Hospitality Ventures, LLC. Because Section 6 of the Contribution Agreement requires that the terms of the contracts quoted in Exhibit A not be publicly disclosed, sealing is requested on that ground as well.

Respectfully submitted,

*/s/ H. Lawrence Stierhoff*

H. Lawrence Stierhoff

cc: All Counsel of Record (via ECF)