# EXHIBIT A

**(FILED UNDER SEAL)**