# EXHIBIT C

# Sports Illustrated Resorts Expands With New Baton Rouge Destination

Michael Sherman, Special to SI.com | Apr 21, 2026

Add us as a preferred source




Sports Illustrated

Sports Illustrated Resorts is expanding its national footprint with a new destination in Baton Rouge, Louisiana, developed in partnership with Travel + Leisure Co.

The project will convert the existing Hilton Capitol Center, located at 201 Lafayette Street in downtown Baton Rouge, into a sports-focused hospitality destination situated near Louisiana State University and key entertainment districts. The location is designed to provide convenient access to LSU events while offering a year round experience centered on sports, travel, and lifestyle.

Baton Rouge was selected for its established role as a major sports tourism market, with the city regularly hosting collegiate and large scale sporting events. The development reflects Sports Illustrated Resorts' broader strategy to expand into destinations with strong fan engagement and consistent event driven travel demand.

The property will continue operating as a hotel through 2026, with renovations expected to begin in early 2027. Upon completion, the resort is expected to include a mix of accommodations, including vacation ownership units, traditional hotel rooms, and full-ownership condominiums.

The Baton Rouge location joins previously announced Sports Illustrated Resorts destinations in Tuscaloosa, Nashville, and Chicago, further building out the brand's national portfolio.

The project is being developed by Northshore Development and its investment partners, including Kituwah LLC, with additional investment from a group of business leaders that includes NBA legend and LSU alumnus Shaquille O'Neal.

Add us as a preferred source on **Google**

## Today's best reads



Which NFL Coaches Are on the Hot Seat and Why More Jobs May Open Than You Expect (Again)




DraftKings Promo Code: Get $150 in Bonus Bets for Falcons vs. Saints Monday Night Football




bet365 Bonus Code: Bet $10, Get $200 for Falcons vs. Saints Monday Night Football



Mike Tomlin's Son, Mayce, Takes Us Inside His Dad's Minecraft City



Published Apr 21, 2026 | Modified Apr 21, 2026



MICHAEL SHERMAN, SPECIAL TO SI.COM

Home / Events



© 2026 ABG-SI LLC - SPORTS ILLUSTRATED IS A REGISTERED TRADEMARK OF ABG-SI LLC. - All Rights Reserved. The content on this site is for entertainment and educational purposes only. Betting and gambling content is intended for individuals 21+ and is based on individual commentators' opinions and not that of Sports Illustrated or its affiliates, licensees and related brands. All picks and predictions are suggestions only and not a guarantee of success or profit. If you or someone you know has a gambling problem, crisis counseling and referral services can be accessed by calling 1-800-GAMBLER.