# EXHIBIT D

knox news.

ENTERTAINMENT

# A new, massive water park is in motion near Buc-ee's and Pigeon Forge



**Devarrick Turner**
Knoxville News Sentinel

Aug. 6, 2026 | Updated Aug. 7, 2026, 5:12 p.m. ET

Buc-ee the Beaver could soon have a new neighbor and a place to swim.

After years of delays and questions, adventures beyond Buc-ee’s are finally starting to make their way to The 407: Gateway to Adventure entertainment district in Kodak. A plan for a hotel and massive water park was approved by the Sevierville Planning Commission on Aug. 6. The proposed project would feature over 300 lodging units and a water park that’s nearly 75,000 square feet.

The site plan was approved, Sevierville Planning Development Director Corey Divel confirmed to Knox News, noting the commission had some minor comments relating to utilities. Prior to the approval, commission staffers had been reviewing revisions related to utilities, stormwater and sidewalks," according to the Aug. 6 planning agenda. But project developers can move forward with requesting state permits, Divel added.

Submitted documents also suggest the water park is part of the “Sports Illustrated Resort” that was announced back in 2023 but has yet to be be developed.

**Get the Daily Briefing newsletter:Get the scoop on new development from Knoxville to Pigeon Forge**

**Need a news break?** Check out the all new PLAY hub with puzzles, games and more!

## What will the massive 407: Gateway to Adventure water park include?

The site of the proposed project is past Buc-ee's on Gateway Boulevard and directly east of the Courtyard Marriot, which opened in 2024. According to the proposal, the project will be a hotel and timeshare with a water park.

**Project breakdown:**

- 175 hotel units with 297 total bedrooms
- 150 timeshare units with 228 total bedrooms
- 74,000-square-foot water park

The water park appears to be indoors, based on project renderings by Johnson Architecture, though the proposal documents do not explicitly state it's an indoor project. However, documents do say outdoor features could reach up to approximately 50 feet in height.

The property is owned by Kituwah Projects LLC, and the water park is "for Exit 407 – Sports Illustrated Resort," according to project documents.

## What is the Smoky Gap entertainment district?

Smoky Gap is a planned entertainment, dining and retail district near the 407 exit on Interstate 40 in Sevierville. Kituwah, the development arm of the Eastern Band of Cherokee Indians, announced initial plans for the project in 2022.

Buc-ee's was the first project of the district to open. The planned Sports Illustrated resort was announced in 2023 as the centerpiece of the Smoky Gap entertainment district, along with an immersive theme park called Cherokee Rose.

Development of Cherokee Rose was delayed indefinitely in 2024 as Kituwah and its development and consulting firm for the project, OE Experiences, shifted focus to prioritize resorts.

Knox News reported in 2023 that the Kodak Sports Illustrated resort "could open in 2026 or 2027," but no other details have been released since that initial reporting. Two Sports Illustrated Resorts are operating now in the United States – one in Nashville and one in Chicago – according to sportsillustratedresorts.com/mk/stays/resorts.

*Editor's note: This article has been updated with the result of the Aug. 6 Sevierville Planning Commission vote.*

*Devarrick Turner is a trending news reporter.*
*Email devarrick.turner@knoxnews.com.*

*Support strong local journalism by subscribing at knoxnews.com/subscribe.*