UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/2026

ADMI INC., et al.,

Plaintiff,

-against-

AUTHENTIC BRANDS GROUP, LLC, et al.

Defendants.

and

SPORTS HOSPITALITY VENTURES, LLC, et al.,

Nominal Defendant.

1:25-cv-7301-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of several motions and letters from the Parties. Most recently, on October 9, 2026, Plaintiffs ADMI Inc., SIR Inc., and Kent Purdy, (the "ADMI Plaintiffs") along with their counsel Mr. Douglas Dollinger, filed letter motions requesting "leave to file a limited reply to the opposition [to their disqualification motion] filed by Sweetnam, Schuster & Schwartz LLC," and an extension of time to file their reply, due seven days after the Court's grant of leave to file a reply. *See* [ECF Nos. 232, 233].[1] ADMI Plaintiffs' and Mr. Dollinger's letter motion fails to comply with this Court's Individual Practice Rules, including Rule 2.G governing requests for extensions of time.

As the letter motion notes, ADMI Plaintiffs already "replied on October 6" to Defendants' opposition to their disqualification motion. *Id.* at 1; *see* [ECF No. 226]. On October 7, 2026, Plaintiffs Experiential Ventures Hospitality, LLC and Experiential Hospitality Holdings, LLC (the "Experiential Plaintiffs") timely filed a five-paragraph response to ADMI Plaintiffs'

[1] ECF Numbers 232 and 233 are identical letter motions in all respects, except that ECF Number 233 is sealed. Both filings are addressed together in this Order.

disqualification motion, arguing principally that "Mr. Dollinger's requested relief is hypocritical." *See* [ECF No. 231].

Under the Local Rules, a reply to Experiential Plaintiffs' opposition is due within seven days: by October 14, 2026. *See* LR 6.1(b). The federal rules permit extensions of time "for good cause." Fed. R. Civ. P. 6(b)(1). ADMI Plaintiffs and Mr. Dollinger have cited no cause whatsoever, much less good cause, for their requested extension.

Accordingly, ADMI Plaintiffs and Mr. Dollinger are GRANTED leave to file a reply limited to any new matters raised in Experiential Plaintiffs' opposition, [ECF No. 231], bearing on the disqualification motion. ADMI Plaintiffs' and Mr. Dollinger's requested extension for time to file their reply is DENIED. Any such reply must be filed on or before October 14, 2026 in accordance with the Local Rules; an untimely reply will not be considered.

The Court is aware of all motions currently before it and will seek to resolve them as soon as practicable. The Parties and all counsel are reminded that further letters or motions pertaining to issues already briefed are wholly unhelpful to the Court and its efficient adjudication of the pending motions.

**The Parties and all counsel are reminded again that failure to comply with Court Orders, the Federal Rules of Civil Procedure, the Local Rules, this Court's Individual Rules of Practice in Civil Cases, or any applicable rules governing professional ethics or conduct may result in sanctions, including monetary sanctions on counsel and/or the Parties; preclusion of claims, defenses, evidence, and motion practice; and dispositive, case-terminating sanctions.**

The Clerk of Court is respectfully requested to close docket entry numbers 232 and 233.

**SO ORDERED.**

**Date:** **October 13, 2026**
**New York, New York**

MARY KAY VYSKOCIL
United States District Judge