UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADMI INC., *et al.*;

Plaintiffs,

vs.

AUTHENTIC BRANDS GROUP, LLC, *et al.*,

Defendants,

and

SPORTS HOSPITALITY VENTURES, LLC,

Nominal Defendant,

Case No. 1:25-cv-7301 MKV

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**
**FOR PLAINTIFF KENT PURDY**

Pursuant to Local Rule 1.4(b), undersigned counsel Jared Siegel, and Daniel Fleming, and Hugh Lawrence Stierhoff and law firm, Sweetnam, Schuster and Schwartz, LLC (collectively, "Counsel"), file this Motion to Withdraw as Counsel of Record (the "Motion") for Plaintiff Kent Purdy ("Purdy") along with the accompanying Affidavit of Jared Siegel, and in support states as follows:

Purdy is currently represented by Attorney Douglas Dollinger. Mr. Dollinger formerly represented Purdy before Purdy engaged Counsel.

Attorney Dollinger has already entered an appearance in this action and on behalf of Purdy and remains counsel of record for Purdy. Attorney Dollinger has already informed this court and all parties to this action that he is again counsel for Purdy.

The Court, the Clerk, and parties may send mail and email pertaining to Purdy to Douglas Dollinger at 570 County Route 49, Middletown, NY 10940, ddollingeresq@gmail.com.

Counsel is not asserting a retaining or charging lien against Purdy.

WHEREFORE, Counsel respectfully requests that the Court enter an order granting this Motion, approve the withdrawal of Counsel as attorneys of record for Plaintiff Kent Purdy in this action, relieve Counsel of any further responsibility for Purdy in this action, direct the Clerk to remove Counsel as attorneys of record for Purdy, and grant such other and further relief as the Court deems just and proper.

Dated: October 23, 2026

Respectfully submitted,

/s/ Jared Siegel

Jared Siegel
H. Lawrence Stierhoff
Daniel Fleming
SWEETNAM, SCHUSTER & SCHWARTZ, LLC
200 Vesey Street
Brookfield Place, 24th Floor
New York, New York, 10281
(646) 952-8600
jsiegel@sweetnamlaw.com
lstierhoff@sweetnamlaw.com
dfleming@sweetnamlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF System upon all parties registered to receive electronic notice in this case on this 23rd day of October, 2026. This includes Attorney Douglas Dollinger who is attorney of record for Kent Purdy.

A true and correct copy will be served on Kent Purdy to an email address he has used to communicate with the undersigned and by U.S. Mail to a mailing address identified in an October 5, 2026 communication from Mr. Purdy with the undersigned.

/s/ Jared Siegel

Jared Siegel
SWEETNAM, SCHUSTER & SCHWARTZ, LLC
200 Vesey Street
Brookfield Place, 24th Floor
New York, New York, 10281
(646) 952-8600