UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADMI INC., *et al.*;

Plaintiffs,

vs.

AUTHENTIC BRANDS GROUP, LLC, *et al.*,

Defendants,

and

SPORTS HOSPITALITY VENTURES, LLC,

Nominal Defendant,

Case No. 1:25-cv-7301 MKV

**AFFIDAVIT OF JARED SIEGEL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF KENT PURDY**

State of Georgia )
)ss.:
County of Dekalb )

I, Jared Siegel having been duly sworn by an officer authorized to administer oaths, hereby verify and affirm that the facts stated herein are true and correct to the best of my knowledge, information and belief.

I am an attorney with the law firm Sweetnam, Schuster and Schwartz, LLC ("Sweetnam"), and am currently identified as counsel of record for Plaintiff Kent Purdy ("Purdy") in this action.

I submit this affidavit in support of the accompanying Motion to Withdraw as Counsel of Record for Plaintiff Kent Purdy for the undersigned counsel, Jared Siegel, as well as Daniel

Fleming and Hugh Lawrence Stierhoff and law firm Sweetnam, Schuster and Schwartz, LLC (collectively, "Counsel").

Before retaining Counsel, Purdy was represented in this matter by Attorney Douglas Dollinger. Purdy has informed Counsel that Counsel will no longer represent him in this action and that Attorney Dollinger will represent him in this action.

As Purdy is currently represented by Mr. Dollinger as counsel of record in this action, if the Court grants the Motion, Purdy will continue to have counsel of record in this action.

Papers and correspondence concerning Purdy may be directed to Mr. Dollinger at:

Douglas Dollinger
570 County Route 49
Middletown, NY 10940
ddollingeresq@gmail.com

Counsel is not asserting a retaining or charging lien against Purdy.

WHEREFORE, I respectfully request that the Court grant the Motion and enter an order approving the withdrawal of Counsel as attorneys of record for Plaintiff Kent Purdy in this action, relieving Counsel from further responsibility as counsel of record for Purdy in this action, directing the Clerk to remove Counsel as attorneys of record for Purdy, and granting such other and further relief as the Court deems just and proper.

**Further Affiant Sayeth Not**

This 23rd day of October, 2026.

Date: October 23RD 2026

By: ______________________
Jared Siegel

Sworn to and subscribed before me

This 23RD day of OCTOBER, 2026

NOTARY PUBLIC

STATE OF GA

My commission expires: 10-10-30

JONATHAN SAWYER
MY COMMISSION EXPIRES
NOTARY
PUBLIC
OCTOBER 10, 2030
DEKALB COUNTY, GEORGIA