**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADMI INC., et al.,<br>Plaintiffs,<br><br>vs.<br><br>AUTHENTIC BRANDS GROUP, LLC., et al.,<br><br>Defendants,<br><br>and<br><br>SPORTS HOSPITALITY VENTURES, LLC.,<br><br>Nominal Defendant. | Case No.: 25-cv-7301(MKV) |

**DECLARATION OF ALEX SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Alex Smith, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. During the period of 2021 and 2022, I held the title of Vice President with ADMI Inc. and worked on its Sports Illustrated Resorts venture helping create the platform, including developing the name and visual identity for the venture on ADMI's behalf. I was also an investor in ADMI Inc. I make this declaration from my personal knowledge and participation in the work described below.

2. Before the name "SI Resorts" was adopted, the venture was referred to as "Sports Illustrated Hospitality" and "Sports Illustrated Hotels and Resorts." I advocated for the "Resorts" name and used it in my work on the venture's branding. For example, on October 27, 2021, in commenting on draft brand guidelines circulated by Experiential Ventures Hospitality ("EVH"), I proposed a mission statement beginning "Our mission at Sports Illustrated Resorts is . . . ." On January 20, 2022, I wrote to Max Schapiro and others that we were leaning toward "SI Resorts for

the main branding" and recommended that ADMI secure the domain sportsillustratedresorts.com. True and correct copies of the October 27, 2021 and January 20, 2022 emails are attached as **Exhibits A and B**, respectively.

3. I designed the "RESORTS" wordmark used in the Sports Illustrated Resorts logo on ADMI's behalf, working with Holly Ignacio of ADMI. Authentic Brands Group ("ABG") provided initial logo lockups on February 1, 2022. On February 2, 2022, Max Schapiro informed the team that I would take the lead, and I prepared alternative mockups, including the version ADMI proposed to ABG. The version ADMI proposed included a slash through the "O" in "RESORTS." I created the original files on my computer and supplied the final "RESORTS" vector artwork that ABG incorporated into its logo lockups.

4. The resort name and logo were developed for a hospitality venture using the existing Sports Illustrated brand. My work involved creating the resort-specific identity for use in the planned business.

5. A February 2, 2022 email chain concerning SI Resorts branding reflects work on the logo by Holly and me with Jessica Dasher of ABG. Holly sent a version we had worked on for ABG's consideration. Ms. Dasher responded with comments on the "RESORTS" lettering, including its color and weight, and requested vector files for use in event production materials. A true and correct copy of the February 2, 2022 branding email chain is attached as **Exhibit C.**

6. As reflected in the same email chain, I responded that I would revise the "RESORTS" portion and asked whether ABG wanted that portion separately or combined with the existing Sports Illustrated logos in one vector file. Ms. Dasher distributed vector versions of the combined logo and stated that ABG had made minor adjustments to the lettering for reproduction at smaller sizes. The email chain reflects the parties' collaboration on the resort-specific logo. **Exhibit C.**

7. On February 2, 2022, I sent Holly Ignacio and other participants an email distributing a PDF identified as "SI Resorts Logo Final.pdf." A true and correct copy of that email is attached as **Exhibit D.** The copy of the email identifies the PDF attachment.

8. The resort name and logo became part of the materials used to present and develop the Sports Illustrated Resorts platform jointly developed by ADMI and EVH, which ultimately became the trade name and mark for Sports Hospitality Ventures, LLC ("SHV"). The parties' respective rights in these materials were then addressed by their agreements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 16, 2026, at Castaic, California.

Alex Smith