**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADMI INC., et al.,<br>Plaintiffs,<br><br>vs.<br><br>AUTHENTIC BRANDS GROUP, LLC., et al.,<br><br>Defendants,<br><br>and<br><br>SPORTS HOSPITALITY VENTURES, LLC.,<br><br>Nominal Defendant. | Case No.: 25-cv-7301(MKV) |

**DECLARATION OF KENT PURDY IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Kent Purdy, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an officer and board member of Experiential Ventures Hospitality, LLC ("EVH"), since January 15, 2021, and an executive officer and board member of Sports Hospitality Ventures, LLC ("SHV"). I supported Christopher Schroeder in developing, coordinating, and executing hospitality projects in both companies. I became an officer and board member of SHV upon its formation in January 2023 under Amendment No. 3 and the related transaction documents. (First Amended Complaint ("FAC") Exs. 3, 7C, 8.)

2. I submit this declaration in support of the request for an immediate hearing and preliminary injunction. Unless otherwise indicated, the facts are based on my personal knowledge and participation or my review of business records. Where I describe information supplied by another person or contained in a public announcement, I identify the source. My views concerning business effects are based on my participation and experience.

3. Before the Sports Illustrated venture, EVH and its principals worked on experiential hospitality development, including concepts associated with WIRED Hotels, UMusic Hotels, water parks, and immersive technology. My role included supporting Mr. Schroeder and coordinating the development and execution of projects. (See FAC Ex. 4.)

4. Before SHV was formed, EVH and ADMI brought hospitality-development work and materials to the Sports Illustrated venture. Through my work with Mr. Schroeder, I became familiar with the WIRED Hotels concept, including its technology-enabled hospitality model. The venture also drew on development frameworks, financial and operational approaches, and methods for coordinating projects and counterparties. (FAC Ex. 4; see FAC ¶¶ 78–84.)

5. In 2021, EVH and ADMI entered into a Sports Illustrated license transaction with ABG-SI to develop branded hospitality destinations. (FAC Ex. 6; FAC ¶ 90.)

6. I have reviewed Mr. Schroeder's declaration describing the Emmitt's Las Vegas presentation that he states he sent to ABG representatives on April 25, 2022, to illustrate EVH's hospitality-development framework. ECF 105-1. I have also reviewed the November 10, 2022 Project Cota due-diligence request concerning Kituwah, EVH, and ADMI, which notes that EVH provided a summary of projects and their status. Those records describe work and information that existed before SHV's formation. (See FAC Ex. 14A–B, Project Cota due diligence.)

7. In 2023, the parties reorganized the venture, and SHV became the Sports Illustrated Resorts licensee under Amendment No. 3. In connection with my project work, I communicated with Mr. Schroeder about the venture and matters involving Defendants Dorsey & Whitney LLP ("Dorsey") and Travis Crisp. (FAC Exs. 6, 7C.)

8. My understanding was that SHV would serve as a coordinated vehicle for developing the Sports Illustrated Resorts platform. The agreements also addressed existing ADMI Projects and

separately held rights. ABG-SI held an interest in SHV and supplied the Sports Illustrated brand license. (FAC Ex. 3, including Attachment A; FAC Ex. 7C.)

9. From SHV's formation in January 2023 through mid-2024, I assisted with opportunities in Ann Arbor, Michigan; Biloxi, Mississippi; Phoenix, Arizona; Tuscaloosa, Alabama; College Station and Houston, Texas; Orlando, Florida; Athens, Georgia; and Punta Cana, Dominican Republic.

10. Our work involved a coordinated hospitality platform: selecting and evaluating markets, bringing together developers and funding sources, defining the guest experience, developing operating and brand standards, and combining hospitality and ownership offerings.

11. On April 14, 2023, ADMI and Travel + Leisure Co ("T+L") entered into a nondisclosure and non-circumvention agreement. (FAC Ex. 21)

12. During discussions with T+L, participants needed information about SHV's platform and opportunities to evaluate the relationship. Schroeder's prior preliminary-injunction declaration states that T+L received SHV-developed brand standards, project-specific materials, and rebranding concepts through multiple transmissions. I was involved in the venture's project work and coordination during this period. I attribute the account of those transmissions as accurate to Mr. Schroeder. (Schroeder Decl., ECF No. 97, ¶¶ 8–10.)

13. Later, SHV and Development 123 entered into the Master Relationship and License Agreement, accompanied by a related ABG consent letter. Those agreements contain separate provisions addressing confidentiality, the sublicense, and conditions for a possible transition. (FAC Ex. 25; FAC Ex. 27)

14. On September 20, 2023, T+L and SHV publicly announced the planned Sports Illustrated Resorts network. The announcement identified SHV as the hotel and resort licensee, described a

coordinated business combining hotel, vacation-ownership, and residential offerings, and identified Tuscaloosa as the first planned college-town destination. https://investor.travelandleisureco.com/news-events/press-releases/detail/841/sports-illustrated-resorts-and-travel-leisure-co-launch-the-ultimate-sports-themed-and-active-lifestyle-resort-network-in-leading-u-s-college-towns-and-leisure-destinations/. The public announcement confirms my understanding.

15. The June 2024 SHV Pipeline & Process Summary documents are proprietary presenting a staged process for identifying and evaluating sites, preparing preliminary financial analyses, confirming T+L's interest, negotiating property terms, preparing site plans and feasibility studies, engaging development and funding partners, and presenting projects for required approvals. It identifies work on Tuscaloosa, Ann Arbor, College Station, the Houston area, Orlando, Pigeon Forge/Exit 407, Nashville, and other opportunities. (FAC Ex. 49, PDF pp. 3–5, 13–14.)

16. The summary records operating standards, a 250-page interactive operating-standards website, brand presentations and standards, reservation-system integration, and branded elements including SI Stadium, Trophy Room, Locker Room, and SI FIT. It also identifies relationships with T+L, ASM Global, American Resort Management, Gibson Hotels, and Martin Aquatic, as well as work on the Cap Cana reservation and point-of-sale system. (FAC Ex. 49, PDF pp. 13–14.)

17. I participated in this work and became familiar with the information and relationships developed for the venture.

18. The materials included project proposals, site plans, preliminary budgets, financial models, feasibility information, developer and investor discussions, brand materials, and operating procedures. Some were developed and shared for the venture's business, but were not intended for

unrestricted public distribution. The parties used confidentiality agreements and contractual confidentiality provisions in connection with their work. (See FAC Ex. 6, § 10; April 14, 2023 ADMI–T+L nondisclosure agreement.)

19. Tuscaloosa was an existing ADMI Project identified in Attachment A to the SHV operating agreement and the first planned college-town destination identified in the September 2023 announcement. By June 2024, the SHV pipeline described a riverfront project near downtown Tuscaloosa and the University of Alabama, including hotel rooms, vacation-club condominiums, and branded entertainment. The summary reported that a site plan had been completed, architectural work was in progress, and preliminary budgeting and projections had been prepared. (FAC Ex. 3, Attachment A; FAC Ex. 49.)

20. The June 2024 SHV summary stated that SHV had a term sheet and was evaluating Nashville. (FAC Ex. 49.)

21. The June 2024 SHV summary identified Pigeon Forge/407 as a project for which the parties were working on a site plan. It identified water-park and experiential elements in other proposed projects, including the Houston-area development. (FAC Ex. 49.)

22. The funding was necessary because in the months before ABG-SI asserted the July 2024 default, SHV's ability to advance projects and obtain funding became impaired. Defendant Kituwah LLC ("Kituwah") did not permit projects to proceed through the review and approval process contemplated by the venture, preventing them from reaching the point at which funding under Kituwah's control and commitment could be accessed. As a result, SHV could not move their opportunities forward as planned, and its ability to generate revenue was impaired. This operational breakdown preceded ABG-SI's assertion that SHV had failed to make the $300,000 payment.

23. Although SHV maintained that it was in compliance, the SI-License and its integrated agreements required continued performance during any dispute, as their terms confirm. Accordingly, on or about June 20, 2024, I spoke with Sam Owl, a member of the SHV and Experiential Hospitality Holdings LLC ("EHH") boards and CEO of Kituwah, about securing a new investor prepared to commit capital. The FAC alleges that I informed him a new investor was prepared to commit capital to SHV. (FAC ¶ 209; see FAC Ex. 40, Archer Immersive Group memorandum of understanding.)

24. On July 2, 2024, I was copied on an email from Max Schapiro stating that ADMI was willing to lend SHV $300,000 to make the payment claimed by ABG, subject to approval by SHV's board and confirmation that ABG would accept the payment without penalty. The preceding day, Sam Owl had declined to ask Dan Dienst an ABG executive and SHV advisory board member, to support a deferral, stating that it was "far too late in the process." The proposed ADMI loan was not completed, and ABG-SI subsequently asserted a default and purported to terminate the license. The circumstances concerning the proposed loan and asserted default remain disputed. (FAC Exs. 45, 48; see also Schroeder Decl. ¶ 18, ECF No. 97.) The FAC alleges the alleged default was engineered in part by ABG-SI and its alter ego / parent company, Authentic Brands Group, LLC and Kituwah to gain control of SHV's gaming rights.

25. In June-July 2024, disputes arose concerning SHV's funding, royalty obligations, and credits. ABG-SI asserted that a $300,000 Royalty payment due in July 2024 had not been made and subsequently issued a July 29, 2024, notice purporting to terminate the license. SHV disputed the asserted default and the treatment of payments and credits. The parties continue to dispute whether the termination was valid. (FAC Ex. 43D). Multiple documents and confirming emails show SHV was entitled to credit for advance payments which made the default claim false.

26. I have reviewed SHV's Limited Liability Company Agreement Dorsey prepared. Section 1.6 provides that SHV's term is perpetual unless the company is dissolved in accordance with the agreement. Section 12.1 identifies the written agreement of all members or a final court decree requiring dissolution under applicable law as the events causing dissolution. Section 12.2 addresses liquidation and winding up following dissolution. Based on my participation in SHV and the company records available to me, I am not aware of a written agreement of all members to dissolve SHV or a final decree requiring its dissolution. The parties separately dispute whether ABG-SI validly terminated the Sports Illustrated license. (FAC Ex. 3, §§ 1.6, 12.1–12.2.)

27. The effect on the venture extended beyond the disputed payment. I am concerned that information and opportunities developed through that work continue to be used to expand Sports Illustrated Resorts while SHV and the parties that contributed to its development are excluded from their roles and contractual protections. (See FAC ¶¶ 85–88.)

28. Schroeder's earlier preliminary-injunction declaration states that T+L publicly used identical SHV-created brand materials previously shown to T+L personnel, including in press releases, stockholder presentations, and public events. He identifies brand standards, experiential playbooks, financial models, development methodologies, and market-entry strategies as parts of the platform. I attribute those observations to him; my own participation is described above. (Schroeder Decl., ECF No. 97, ¶¶ 6, 10, 21, 25.)

29. On April 15, 2026, T+L announced plans to convert a Baton Rouge hotel into a Sports Illustrated Resorts destination. The announcement identified Kituwah as an investment partner in the property purchase and described proposed hotel, vacation-ownership, and whole-ownership units. I rely on the announcement for those details. https://investor.travelandleisureco.com/news-

events/press-releases/detail/954/sports-illustrated-resorts-announces-new-resort-destination-near-lsu-in-baton-rouge/.

30. On May 27, 2026, T+L announced groundbreaking for a mixed-use Sports Illustrated Resorts destination on the Black Warrior River in Tuscaloosa, with an expected opening in 2028. A construction announcement described an approximately $150 million development. https://investor.travelandleisureco.com/news-events/press-releases/detail/964/travel-leisure-co-breaks-ground-on-sports-illustrated-resorts-destination-in-tuscaloosa-alabama/; https://www.dosterconstruction.com/2026/06/doster-breaks-ground-on-sports-illustrated-resorts-destination-in-tuscaloosa/. In my view, an opportunity connected to earlier SHV and ADMI work has advanced into construction while the parties' rights remain unresolved. The June 2024 proposal and 2026 announcement do not describe identical designs in every respect. I rely on the announcements for the later project's description. (See FAC Exs. 3, 49; T+L Tuscaloosa announcement, May 27, 2026.)

31. Later public reporting described a proposed hotel, vacation-ownership, and water-park development in the Exit 407 area and reported a 2026 site-plan approval. I rely on that reporting for the later proposal. It appears that the reports establish a genuine question concerning use of an identified SHV plan. (FAC Ex. 49.) https://mysmokymountainguide.com/news/big-splash-ahead-sports-illustrated-resort/ **Exhibit 1.**

32. On September 1, 2026, T+L announced that its 185-suite Nashville property was welcoming owners and guests after renovation and rebranding. A location in SHV's pipeline has thus advanced to operation under the Sports Illustrated Resorts brand. https://investor.travelandleisureco.com/news-events/press-releases/detail/978/travel-leisure-co-

welcomes-owners-and-guests-to-sports-illustrated-resorts-nashville-following-major-renovation. (FAC Ex. 49; Nashville public announcement.)

33. The SI FIT element listed in the June 2024 summary and the SI Fit gym described in the Nashville announcement are an example of a branded fitness function appearing in both records. This comparison raises a serious question concerning the use of SHV's confidential design or operating materials and their continued use while SHV is still an operational company. (FAC Ex. 49; Nashville public announcement.)

34. On October 5, 2026, T+L and Wyndham announced a framework to expand Sports Illustrated Resorts through standalone hotels and mixed-use developments that may combine hotels, vacation ownership, and residences. https://investor.travelandleisureco.com/news-events/press-releases/detail/984/travel-leisure-co-partners-with-wyndham-to-develop-hotels-under-the-sports-illustrated-resorts-brand. The announcement described plans to identify potential development partners and asset owners. In my view, the platform and business relationships are expanding into additional markets while the ownership, use, and protection of information developed through SHV remain disputed. I rely on the public announcement for its contents.

35. The identity of a location or similarity of a public feature again raises a serious question concerning the use of a particular SHV confidential document and unique strategies.

36. In his earlier declaration, Schroeder identified Land Tejas in the Houston area, the Ann Arbor project involving Kalabat Group and Red Bridge Development, College Station, and Phoenix as relationships or opportunities affected by the dispute. He stated that counterparties expressed confusion about SHV's authority and that some discussions were paused or discontinued. Those are his observations; I assisted with work on these projects. (Schroeder Decl., ECF No. 97, ¶¶ 23–24.)

37. SHV's value included relationships with developers, landowners, investors, operators and other counterparties; the ability to coordinate projects; the work performed to develop the platform; and associated goodwill and public recognition. Displacement of the venture or uncertainty about its authority can affect its ability to participate in existing and future opportunities.

38. Based on my work on the platform and its projects, I am concerned that continued use and disclosure of protected development materials, information and methods to additional participants will further reduce SHV's and the contributing parties' ability to control and benefit from that work. Developers, investors and other counterparties may also make commitments while the parties' rights remain unresolved, making SHV's position increasingly difficult to restore.

39. Some past losses, including identifiable fees or royalties, may be calculated. A later payment may not restore secrecy after information has been disclosed, return a time-sensitive opportunity after a commitment has been made, or reconstruct a business relationship and its goodwill. An accounting would not necessarily restore SHV's market position if the platform continues to expand without its participation.

40. The FAC seeks to stop unauthorized exploitation and obtain relief concerning confidential and proprietary materials. I believe a prompt hearing is necessary to consider appropriate protection while the case proceeds. (FAC ¶¶ 283–300, Prayer for Relief.)

41. The September 19, 2023 SHV meeting agenda identifies Alabama and Nashville among priority projects and describes site-selection considerations, including land commitments, entitlements, equity commitments, and location. It lists me, Travis Crisp, and Sam Owl among the attendees. The agenda reflects the project-review subjects presented for the meeting. (Memorandum Ex. 4 September 19, 2023 agenda.)

42. I have reviewed T+L's November 13, 2026 announcement titled "Sports Illustrated Resorts Opens in Nashville, Launching a National Sports Hospitality Brand." It reports the official opening of the 185-suite Nashville resort, a September soft opening, and T+L's operation of the Sports Illustrated Resorts brand under a license from Authentic Brands Group. I rely on the announcement for its contents. The announcement is available at https://investor.travelandleisureco.com/news-events/press-releases/detail/992/sports-illustrated-resorts-opens-in-nashville-launching-a-national-sports-hospitality-brand/.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 15, 2026, at Clearwater, Florida.

Kent Purdy