**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ADMI INC., et al.,
Plaintiffs,

vs.

AUTHENTIC BRANDS GROUP, LLC., et al.,

Defendants,

and

SPORTS HOSPITALITY VENTURES, LLC.,

Nominal Defendant.

Case No.: 25-cv-7301(MKV)

**DECLARATION OF MICHAEL F. GHISELLI IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Michael F. Ghiselli, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Chief Executive Officer and Chairman of the Board of ADMI Inc. ("ADMI") and SIR Inc ("SIR"), positions I have held since May 2023. I have been personally involved in ADMI's hospitality projects and its Sports Illustrated-related business. Unless otherwise indicated, I make this declaration from my personal knowledge and my review of business records. Where I describe information supplied by another person or a public announcement, I identify the source.

2. I submit this declaration in support of plaintiffs' request for an immediate hearing and preliminary injunction. I describe ADMI's development work, the information and project materials shared in connection with the Sports Illustrated Resorts venture, and the continuing development of projects and the platform while the rights of ADMI and Sports Hospitality Ventures, LLC ("SHV") remain disputed.

3. In late 2018, I participated in discussions with representatives of Lifestyle Hotel Group concerning a proposed license of our "Monumint Block" for branded hotels, including properties associated with Sports Illustrated, Southern Living, Travel + Leisure and Coastal Living. License terms were discussed in November 2018, and a nonbinding development memorandum concerning a Las Vegas project circulated in February 2019.

4. In 2019, our team pursued a proposed transaction involving Gotham Inc. and the Sports Illustrated brand. A letter of intent contemplated raising $69 million in connection with the proposed acquisition. The Project Dynasty presentation, developed with Velocity and our staff, described the proposed acquisition and an investment and operating plan. The April 2019 presentation was marked "PRIVATE & CONFIDENTIAL." In June 2019, we held meetings in Las Vegas concerning the proposed acquisition and hospitality strategy, including expansion into college markets. (First Amended Complaint ("FAC") Ex. 2; see FAC ¶¶ 78–79.)

5. Before ADMI and Experiential Ventures Hospitality, LLC ("EVH") entered into the Sports Illustrated license in June 2021, I developed a strategy for Sports Illustrated-branded hotels in major university markets, beginning with the Southeastern Conference ("SEC"). The strategy contemplated hospitality destinations connected to university athletics and events and opportunities involving fans, athletes, and surrounding communities.

6. On January 18, 2021, I distributed an analysis internally evaluating potential Sports Illustrated hotel markets in the Power 5 conferences. Together with ADMI's other business and project-development materials, that analysis formed part of the work we used to identify opportunities, approach potential counterparties, and develop a branded hospitality platform. (See FAC ¶ 80.)

7. ADMI protected nonpublic information through nondisclosure agreements, private-and-confidential markings on investor materials, and distribution to selected investors and business partners. We did not publish those materials on ADMI's website. Project Dynasty, for example, was marked "PRIVATE & CONFIDENTIAL." (FAC Ex. 2; see FAC ¶¶ 79, 82–84.)

8. On March 5, 2021, Bruce Houle, acting for ADMI through its affiliate Global Brands Capital Corp., emailed ABG's Richard Goldberg, copying ABG's Dylan Salter. The email attached ADMI and EVH business and development materials marked "Private and Confidential." FAC Ex. 5. I understand this from my review of the communication and strategy.

9. In June 2021, ADMI and EVH entered into a Sports Illustrated license with ABG-SI. I participated in reviewing and marking revisions to drafts.

10. Attachment A to SHV's operating agreement identifies the Tuscaloosa Riverfront as an Existing ADMI Project. I personally worked on that opportunity. On June 29 and 30, 2021, I met with the owners of the two parcels we intended to acquire for the hotel and restaurant project and with the architect concerning the renderings. (FAC Ex. 3, Attachment A; see FAC ¶ 80.)

11. Beginning in late June 2021, I met with the Cypress Inn site owners, Lunsford and Rice. I also met with architect Mike Ellis about the project; his firm provided conceptual renderings on July 2, 2021. I hired the architect for the initial renderings, met twice with the district city council member to discuss our plans, and met with the Dean of the University of Alabama's Communications Department about project-related internship opportunities.

12. Bruce Houle and I submitted architectural renderings and a financial pro forma to the CEO. These materials reflected work performed for the Tuscaloosa opportunity before the current development.

13. In 2023, the parties reorganized the venture and SHV became the licensee under Amendment No. 3. The contribution agreement addressed the transfer of license interests and specified website assets. The agreements address the parties' respective rights and obligations concerning information furnished for the venture. (FAC Ex. 6, License Agreement; FAC Ex. 7C, Amendment No. 3; FAC Ex. 8, Contribution Agreement; see FAC ¶¶ 82–88.)

14. ADMI also worked on the proposed Sports Illustrated Resort & Sports Park in Leeds, Alabama, including approximately 50 sports fields, a small stadium, at least two hotels and a Crystal Lagoon water park for tournament visitors. The project was awaiting city approval as of this declaration.

15. At Barber Motorsports Park in Alabama, we pursued a hotel opportunity associated with the park's events and Porsche Driving Experience. The proposed hotel parcel was being held for the project, and hotel-development tax incentives were available. We also discussed a dual-use hotel and alumni center at Auburn University, where the university was willing to contribute land.

16. At Reno/Lake Tahoe, we pursued a resort opportunity involving a golf course whose owner was an investor willing to sell the property to us. A golf-course designer prepared a new design. We also held preliminary discussions with the Washoe Tribe concerning land for a hotel and casino, with the Tribe operating the casino.

17. In March 2023, Geoff Richards ("Richards") of Travel + Leisure Co. ("T+L") met with us in Tuscaloosa and toured the proposed project site. I advised him that our discussions were confidential. I outlined our strategy for Sports Illustrated-branded hospitality in college markets, beginning with SEC schools, including cooperation with athletic departments on events, name, image and likeness opportunities, and a proposed opportunity for ABG to obtain an early look at emerging athletes.

18. Richards subsequently exchanged emails with members of the ADMI team (Ep5 is an affiliate of ADMI) expressing interest in Tuscaloosa and a broader opportunity in college markets. (Ghiselli Decl. Ex. 1, March 28, 2023 email.) On April 14, 2023, ADMI and T+L entered into a nondisclosure and non-circumvention agreement in connection with a possible transaction involving SHV. The agreement states a two- year term; other agreements also address confidentiality and permitted use. (FAC Ex. 21, ECF No. 139-21; see also FAC ¶¶ 82–88.)

19. On September 20, 2023, T+L and SHV publicly announced a planned network of Sports Illustrated Resorts destinations, identifying SHV as the hotel and resort licensee and Tuscaloosa as the first planned college-town destination. The announced platform contemplated a combination of hospitality, vacation ownership and residential offerings. (T+L and SHV announcement, Sept. 20, 2023.)

20. T+L wanted a larger Tuscaloosa property to accommodate vacation-club condominiums. I spoke with Russ Taylor of Lifestyle Hotel Group concerning the adjoining property, and we introduced T+L to Lifestyle Hotel Group. Lifestyle Hotel Group agreed to sell a larger adjoining parcel to T+L for the Sports Illustrated development. SHV subsequently hired a new architect and paid for the plans for the project.

21. The June 2024 SHV Pipeline & Process Summary described the Tuscaloosa riverfront project near downtown and the University of Alabama, with hotel rooms, vacation-club condominiums, and branded sports and entertainment elements. The summary reported a completed site plan, architectural work in progress, and preliminary budgeting and a pro forma. It also described the SHV development process and project pipeline. (FAC Ex. 49.)

22. The June 2024 SHV summary stated that Nashville was being evaluated and that a term sheet existed.

23. The June 2024 SHV pipeline identified Pigeon Forge/Exit 407 as a site-plan project and described water-park and experiential elements in other proposed developments.

24. In July 2024, ADMI offered to lend SHV $300,000 to address the payment ABG-SI claimed was due. Max Schapiro's July 2 email described the proposed loan and its conditions (FAC Ex. 48). I confirmed ADMI's offer on a telephone call with Christopher Schroeder and Mark Korros. I was later informed that Sam Owl would not permit SHV to accept the loan (FAC Ex. 50). The loan was not completed, and ABG-SI subsequently asserted a default and purported to terminate the license (FAC Ex. 43D). The parties dispute that default, the termination and the treatment of payments and credits.

25. I have reviewed SHV's Limited Liability Company Agreement – the one that Defendant Dorsey & Whitney LLP wrote and stated it is counsel to SHV. Section 1.6 provides that SHV's term is perpetual unless dissolved under the agreement. Section 12.1 identifies the written agreement of all members or a final court decree requiring dissolution under applicable law as the events causing dissolution. Based on my participation and the records available to me, I am not aware of either having occurred. The parties separately dispute whether ABG-SI validly terminated the Sports Illustrated license. (FAC Ex. 3, §§ 1.6, 12.1.)

26. These projects have been on hold while the license rights remain disputed, affecting ADMI's ability to raise development capital. ADMI contracted with PCH to manage its properties. The projects were first reviewed and approved internally by ADMI's board and then submitted to SHV's board for its approval.

27. In Alabama, ADMI spent substantial time developing relationships with a former Alabama economic development director, the universities in Tuscaloosa and Auburn, PCH and Alabama Power. These relationships were important to our development and permitting efforts.

Our standing with the Southeastern Conference offices has been diminished by the uncertainty surrounding the license.

28. On October 1, 2025, ADMI executed a quitclaim deed concerning the Barber Hotel site to satisfy debt. ADMI has been sidelined from the Sports Illustrated Resorts & Sports Park development while this dispute remains unresolved, and there is no guarantee that ADMI will be able to rejoin if the required approvals are secured.

29. In Hawaii, discussions with the owners of two Waikiki hotels concerning potential rebranding ended, as did our efforts to secure two additional properties on Oahu. From my participation in these matters, I believe ADMI has suffered harm to its opportunities and reputation with partners and the investment community. SHV has likewise suffered harm to its reputation and opportunities.

30. On April 15, 2026, T+L announced plans to convert a Baton Rouge hotel into a Sports Illustrated Resorts destination and identified Kituwah as an investment partner in the property purchase. The planned property combines hotel, vacation-ownership and whole-ownership units. Baton Rouge is home to Louisiana State University, another SEC member. (T+L Baton Rouge announcement, Apr. 15, 2026.)

31. On May 27, 2026, T+L announced groundbreaking for a Sports Illustrated Resorts destination on the Black Warrior River near the University of Alabama, with residential and vacation-ownership units, sports-related gathering spaces, and an expected opening in 2028. Based on my participation in the site work, the introduction of the adjoining-property owner, and SHV's architectural work, I believe the current development uses plans paid for by SHV. (See FAC Ex. 49.) (T+L Tuscaloosa groundbreaking announcement, May 27, 2026; Doster Construction project description, June 17, 2026.)

32. Public reporting in 2026 described a proposed hotel, vacation-ownership, and water-park development in the Exit 407 area. (FAC Ex. 49.) (Smokies.LIVE Exit 407 report, Aug. 4, 2026.)

33. On September 1, 2026, T+L announced that its 185-suite Nashville resort was welcoming owners and guests. Nashville is home to Vanderbilt University, a member of the SEC. (FAC Ex. 49.) (TravelPulse Nashville opening report, Sept. 1, 2026.)

34. The June 2024 SHV summary identifies SI FIT as a resort and standalone element developed by SIR staff, as well as work on brand standards and operating systems. The Nashville announcement describes an SI Fit gym at an operating property. I rely on those documents and my participation in the venture in identifying this continuation of the branded fitness function; I have not personally compared all of the underlying designs or operating materials. (FAC Ex. 49.)

35. On October 5, 2026, T+L and Wyndham announced a framework to expand Sports Illustrated Resorts through standalone hotels and mixed-use destinations, including potential vacation-ownership and residential components, and to identify development partners and asset owners. The announcement reflects continued expansion of the type of coordinated hospitality platform we worked to develop. (Wyndham and T+L partnership announcement, Oct. 5, 2026.)

36. The harm to ADMI is continuing. Uncertainty concerning the license affects our ability to obtain financing, maintain relationships, and move forward with opportunities. Our strategy depended in part on securing multiple sites before prices increased through speculation. I am also concerned about potential claims by investors as a result of the disruption.

37. A later monetary award may compensate some identifiable losses, but in my experience, it cannot necessarily restore a lost site, recreate a developer or investor relationship, or return ADMI to its position in a project that has proceeded without it. To the extent protected

development materials are used or disseminated without authorization, ADMI's ability to control and benefit from those materials may also be diminished.

38. The current Tuscaloosa development, Nashville's operation, and the announced expansion framework make prompt consideration important. Our earlier work explains what we developed and shared; these later developments show that the business continues to advance while the parties' rights remain disputed. I request a prompt hearing and protection of the specific rights and materials established by the evidence.

39. I have reviewed T+L's November 13, 2026 announcement titled "Sports Illustrated Resorts Opens in Nashville, Launching a National Sports Hospitality Brand." It reports the resort's official opening and refers to its September soft opening. I rely on the announcement for its contents. The announcement is available at https://investor.travelandleisureco.com/news-events/press-releases/detail/992/sports-illustrated-resorts-opens-in-nashville-launching-a-national-sports-hospitality-brand/.

40. I have reviewed the January 28, 2021 email in which ABG executive Richie Goldberg discussed a potential Sports Illustrated hospitality license and stated that ABG was not a hotel operator and did not have a hotel reservation system. I rely on the email for its contents. My earlier statements describe ADMI's hospitality development work and my participation in that work. (Memorandum Ex. 1, January 28, 2021 Goldberg email.)

41. I have reviewed the April 27, 2021 email circulating proposed resort-related trademarks for submission to ABG, including "Sports Illustrated Resort" and "SI Resort." I rely on that email

for the proposed names it identifies. (Memorandum Ex. 2, April 27, 2021 "SI Trademarks / Websites" email.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 15, 2026, at Moraga, California.

Michael F. Ghiselli